## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GRAHAM HOOPER, individually and on behalf of
all others similarly situated,

     *Plaintiff*,

vs.

DIGITAL MEDIA SOLUTIONS, LLC, a Delaware
Limited Liability Company,

     *Defendant*.

_____/

**CLASS ACTION**

**Case No. 8:20-cv-02572-JSM-TGW**

**JURY TRIAL DEMANDED**

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Graham Hooper, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this this action as follows:

1.    All claims of the Plaintiff, Graham Hooper, individually, are hereby dismissed without prejudice.

2.    All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: December 15, 2020

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1ˢᵗ Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.
Florida Bar No. 0100537
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
Email: scott@edelsberglaw.com


*Counsel for Plaintiff and the Class*




### CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
        Andrew J. Shamis, Esq.
        Florida Bar # 101754


*Counsel for Plaintiff and the Class*