UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GRAHAM HOOPER,

    Plaintiff,

v.                                          Case No: 8:20-cv-2572-T-30TGW

DIGITAL MEDIA SOLUTIONS, LLC,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Notice of Dismissal without Prejudice (Dkt. 11). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of December, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record